IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                                        4:17-CR-00147-14-JM

EDDY BATRES

### ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 720) is DENIED.

Guidelines Amendment 821's zero-history reduction does not apply to Defendant's case because he possessed a firearm during the offense.[1]

Additionally, Defendant's plea agreement provides that he "waives the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[2] Because Defendant knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief.[3]

IT IS SO ORDERED this 23rd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] *See* U.S.S.G. § 4C1.1(a)(7) (excluding the application of the zero-point reduction if a defendant possessed a firearm in connection with the offense). According to the PSR, Defendant was the driver of a vehicle during a traffic stop and a loaded Glock 23 handgun was found on the dashboard on the driver's side.

[2] Doc. No. 567.

[3] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).